Abran Vigil
Nevada Bar No. 7548
Lindsay Demaree, Esq.
Nevada Bar No. 11949
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: vigila@ballardspahr.com
Email: demareel@ballardspahr.com
Email: priesth@ballardspahr.com

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION; and MOUSHIR MANIOUS, an individual.<br><br>Defendants. | CASE NO.: 2:17-cv-00004<br><br>**JOINT MOTION AND ORDER RE: DEMAND FOR SECURITY OF COSTS** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their counsel of record, stipulate to the entry of an order for the deposit of security of costs. On January 26, 2017, SFR filed and served a Motion for Demand for Security of Costs Pursuant to NRS 18.130(1). (ECF No. 9). Pursuant to the statute, the parties stipulate to an order permitting the deposit by Chase of a check for $500.00 with the Clerk of the Court.

The parties further stipulate that, pursuant to NRS 18.130, SFR shall answer or otherwise respond to the Complaint within ten (10) days of notice that the funds have been deposited with the Court.

DMWEST #16087597 v1

Dated: this 6th day of February, 2017.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Lindsay Demaree<br>    Abran Vigil<br>    Nevada Bar No. 7548<br>    Lindsay Demaree, Esq.<br>    Nevada Bar No. 11949<br>    Holly Ann Priest<br>    Nevada Bar No. 14051<br>    100 North City Parkway, Suite 1750<br>    Las Vegas, Nevada 89106 | By/s/ Diana Cline Ebron<br>    Diana Cline Ebron<br>    Nevada Bar No. 10580<br>    Jackie A. Gilbert<br>    Nevada Bar No. 10593<br>    Karen Hanks<br>    Nevada Bar No. 9578<br>    7625 Dean Martin Dr., Suite 110<br>    Las Vegas, Nevada 89014 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Demand for Security of Costs, (ECF No. 9), is **DENIED** as moot.

_____
U.S. DISTRICT COURT JUDGE

Dated this __6__ day of March, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2017, and pursuant to FRCP 5, a true copy of the foregoing ***JOINT MOTION AND ORDER RE: DEMAND FOR SECURITY OF COSTS*** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

/s/ Mary Kay Carlton
An employee of BALLARD SPAHR

DMWEST #16087597 v1