Abran Vigil
Nevada Bar No. 7548
Lindsay Demaree, Esq.
Nevada Bar No. 11949
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: vigila@ballardspahr.com
Email: demareel@ballardspahr.com
Email: priesth@ballardspahr.com

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION; and MOUSHIR MANIOUS, an individual.<br><br>Defendants. | CASE NO.: 2:17-cv-00004<br><br>**[PROPOSED] ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO EXTEND TIME FOR SERVICE AND TO PERMIT SERVICE BY PUBLICATION** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") filed its Motion to Extend Time for Service and Permit Service by Publication (the "Motion") on April 3, 2017. Having reviewed the Motion and the attached affidavits, the Court finds good cause to grant the Motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Chase shall have up to and until July 5, 2017 to serve Moushir Manious with a summons and complaint.

/ / /

DMWEST #15639573 v5

IT IS FURTHER ORDERED that Chase may serve Moushir Manious by publication.

**IT IS SO ORDERED.**

Dated: __April 5__,2017

By: _____
UNITED STATES MAGISTRATE JUDGE

Submitted By:

BALLARD SPAHR LLP

/s/ _____
Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
Holly Ann Priest
Nevada Bar No. 13226
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

2