1   DIANA CLINE EBRON, ESQ.
    Nevada Bar No. 10580
2   E-mail: diana@KGElegal.com
    JACQUELINE A. GILBERT, ESQ.
3   Nevada Bar No. 10593
    E-mail: jackie@KGElegal.com
4   KAREN L. HANKS, ESQ.
    Nevada Bar No. 9578
5   E-mail: karen@KGElegal.com
    KIM GILBERT EBRON
6   7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
7   Telephone: (702) 485-3300
    Facsimile: (702) 485-3301
8   *Attorneys for SFR Investments Pool 1, LLC*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, | Case No. 2:17-cv-00004-GMN-CWH |
| Plaintiff, | **ORDER GRANTING MOTION TO SERVE MOUSHIR MANIOUS BY PUBLICATION** |
| vs. | **-and-** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION; MOUSHIR MANIOUS, an individual, | **ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., a national banking association; UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; MOUSHIR MANIOUS, an individual, | |
| Counter/Cross Defendants. | |

28

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim,

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, MOUSHIR MANIOUS has been issued [ECF No. 24-1]; that Cross-Defendant, Manious is a necessary party; and that Cross-Defendant Manious cannot be found to be personally served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that since the Cross-Defendant, MOUSHIR MANIOUS, cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation.

**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Manious, first class mail, postage prepaid, addressed to the Cross-Defendant's last known address.

**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

DATED: June 21, 2017

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

_/s/Diana Cline Ebron_
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
_Attorneys for SFR Investments Pool 1, LLC_

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301