Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, | CASE NO. 2:17-CV-00004-GMN-CWH |
| Plaintiff, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION; and MOUSHIR MANIOUS, an individual. | **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 30 DAYS** |
| Defendants. | **(Second Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company | |
| Counter/Cross-Claimant, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., a national banking association; UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; MOUSHIR, an individual | |
| Counter/Cross-Defendants. | |

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Seven Hills Master Community Association ("Seven Hills"), by and through their respective counsel of record, stipulate and request that this Court extend discovery and dispositive motion deadlines in the above-captioned case for 30 days. The parties request this extension to complete party depositions, specifically the deposition of Chase, whose designated witness underwent significant surgery in December and requires until at least the end of January or beginning of February 2018 to recuperate, and responses to written discovery. The parties have conferred and agree that this brief extension is the most reasonable way to complete discovery in this case, so that Chase's designated witness has sufficient time to attend to necessary medical treatment.

This is the parties' second request for an extension to the scheduling order deadlines, which were submitted in compliance with LR 26-1. The parties make this request in good faith and not for purposes of delay.

## I. Discovery Completed to Date

To date, Chase has served the following discovery: initial disclosures; initial expert disclosure; requests for production to SFR; interrogatories to SFR; notice of Rule 30(b)(6) deposition of SFR; requests for production to Seven Hills; interrogatories to Seven Hills; notice of Rule 30(b)(6) deposition of Seven Hills; subpoena to produce documents on non-party Alessi & Koenig, LLC; and subpoena to testify at a deposition on non-party Alessi & Koenig, LLC.

To date, SFR has served the following discovery: initial disclosures; requests for production to Chase; interrogatories to Chase; requests for admission to Chase; and notice of Rule 30(b)(6) deposition of Chase. SFR has also responded to Chase's requests for production and interrogatories to SFR.

## B. Specific Description of Discovery that Remains to be Completed

SFR has noticed a Rule 30(b)(6) deposition of Chase. As discussed below,

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

however, the parties seek to reschedule Chase's deposition to occur only days before the current discovery cutoff of February 19, 2018, which would leave the parties very little time to obtain the deposition transcript prior to the dispositive motion deadline and would not provide Chase sufficient time to review and correct the deposition transcript prior to the dispositive motion deadline.[1]   Chase has also noticed depositions of SFR, Seven Hills, and non-party Alessi & Koenig, LLC.   Chase is currently preparing its responses and objections to SFR's requests for admission to Chase, requests for production to Chase, and interrogatories to Chase.   Additionally, Seven Hills is in the process of providing its written responses to Chase's written discovery requests.

## C.   Good Cause Exists for the Requested Extension

SFR had noticed Chase's deposition for December 1, 2017, but Chase's Rule 30(b)(6) designee was unavailable on this date because the designee was preparing to undergo significant surgery in December, which she underwent and from which she will need to recuperate until at least the end of January or beginning of February 2018.   The parties have met and conferred about rescheduling Chase's deposition in this lawsuit to take place during the week of February 12-16, 2018, when the Chase designee should be recuperated from surgery and able to travel to Las Vegas.   This is the parties' second request to extend the discovery period in this case, and they seek the extension so that Chase's designated witness may have an opportunity to receive necessary medical treatment and recover from the same.   The requested extension will also provide additional time for Seven Hills to provide its responses to Chase's written discovery.   The parties have diligently engaged in discovery to date and seek this extension in good faith.

/ / /

---

[1] The parties further reserve their rights to meet and confer and, if necessary, engage in motion practice regarding any discovery issues that may arise.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

**D.** **Proposed Discovery Deadlines**

The parties request an order extending the close of discovery, the deadline to file dispositive motions, and the deadline to file a pre-trial order by 30 days.

| Event | Current Deadline[2] | New Deadline |
|---|---|---|
| Close of Discovery | February 19, 2018 | March 21, 2018 |
| Dispositive Motions | March 20, 2018 | April 20, 2018[3] |
| Pre-Trial Order | April 23, 2018 | May 23, 2018 |

*[continued on next page]*

---

[2] *See* Scheduling Order, ECF No. 45.

[3] April 20, 2018 is 30 days after March 21, 2018, the proposed discovery close date.

DMWEST #17361993 v2

1    This extension is reasonable and necessary given the good cause set forth above.

2        **IT IS SO STIPULATED.**

3    Dated: January 10, 2018

4    BALLARD SPAHR LLP                          KIM GILBERT EBRON

5    By: /s/ Lindsay Demaree                    By: /s/ Diana Ebron
        Abran E. Vigil, Esq.                       Diana S. Ebron, Esq.
6        Nevada Bar. No. 7548                       Nevada Bar No. 10580
         Maria A. Gall, Esq.                        Jacqueline A. Gilbert, Esq.
7        Nevada Bar No. 14200                       Nevada Bar No. 10593
         Lindsay C. Demaree, Esq.                   Karen L. Hanks, Esq.
8        Nevada Bar No. 11949                       Nevada Bar No. 9578
         Kyle A. Ewing, Esq.                        7625 Dean Martin Dr., Suite 110
9        Nevada Bar. No. 14051                      Las Vegas, Nevada 89139
         1980 Festival Plaza Drive, Suite 900
10       Las Vegas, Nevada 89135                 *Attorneys for Defendant/Counter-*
                                                 *Claimant/Cross-Claimant SFR*
11   *Attorneys for Plaintiff/Counter-*          *Investments Pool 1, LLC*
     *Defendant JPMorgan Chase Bank, N.A.*
12

13

14   BOYACK ORME & ANTHONY

15   By: /s/ Patrick Orme
         Edward D. Boyack, Esq.
16       Nevada Bar No. 5229
         Patrick Orme, Esq.
         Nevada Bar No. 7853
17       7432 West Sahara Avenue, Ste 101
         Las Vegas, Nevada 89117
18

19   *Attorneys for Defendant Seven Hills*
     *Master Community Association*

20

21                              **ORDER**

22                         **IT IS SO ORDERED:**

23

24       _____
         UNITED STATES MAGISTRATE JUDGE
25
                              January 11, 2018
26       DATED: _____

27

28

                              5

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070