Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION; and MOUSHIR MANIOUS, an individual. <br><br> Defendants. | CASE NO.: 2:17-cv-00004-GMN-CWH <br><br> **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** <br><br> **(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., a national banking association; UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; MOUSHIR MANIOUS, an individual, <br><br> Counter/Cross Defendants. | |

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 891035
(702) 471-7000 FAX (702) 471-7070

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Seven Hills Master Community Association ("Seven Hills") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. On or about January 11, 2018, the Court entered an order extending discovery deadlines, which set the deadline to complete discovery for March 21, 2018 (ECF No. 48).

2. The Parties have since come to an agreement and are in the process of finalizing settlement.

3. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery and dispositive motions, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

4. The Parties anticipate that it may take approximately 90 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

*[Continued on the following page]*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17548195 v1

5.    The Parties make this stipulation in good faith and not for purposes of delay.

Dated:  March 15, 2018

BALLARD SPAHR LLP

By:___/s/ Lindsay Demaree___
   Abran E. Vigil
   Nevada Bar. No. 7548
   Maria A. Gall
   Nevada Bar No. 14200
   Lindsay C. Demaree
   Nevada Bar No. 11949
   Kyle A. Ewing
   Nevada Bar. No. 14051
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for JPMorgan Chase Bank, N.A.*

BOYACK ORME & ANTHONY

By:___/s/ Patrick A. Orme___
   Edward D. Boyack
   Nevada Bar No. 5229
   Patrick A. Orme
   Nevada Bar No. 7853
   7432 West Sahara Avenue, Suite 101
   Las Vegas, Nevada 89117

*Attorneys for Seven Hills Master Community Association*

KIM GILBERT EBRON

By:___/s/ Karen Hanks___
   Diana S. Ebron
   Nevada Bar No. 10580
   Jackie A. Gilbert
   Nevada Bar No. 10593
   Karen Hanks
   Nevada Bar No. 9578
   7625 Dean Martin Dr., Suite 110
   Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.  IT IS FURTHER ORDERED that the parties must file a stip to dismiss or a joint status report by 6/15/2018.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 16, 2018
_____

3

DMWEST #17548195 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

## CERTIFICATE OF SERVICE

I certify that on March 15, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** was served via U.S. Mail, postage-pre-paid on the following:

Moushir Manious
c/o PostNet NV141
2654 W. Horizon Ridge Pkwy.
Suite B5-183
Henderson, NV 89052

/s/Mary Kay Carlton
An Employee of Ballard Spahr LLP

4