# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JPMorgan Chase Bank, N.A., | **DEFAULT** |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:17-cv-00004-GMN-DJA |
| SRF Investments Pool 1, LLC, et al., | |
| Defendants. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Cross Claimant, SFR Investments Pool 1, LLC's, Motions for Default Judgment, (ECF Nos. 60, 62), are GRANTED against Cross Defendants United Guaranty Residential Insurance Company of North Carolina and Moushir Manious. This case is now closed.

| | |
|---|---|
| 2/19/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |